IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RODERICK ARNOLD
ACCOUNT NUMBER 071521766,

  Plaintiff,

v.

BANK OF AMERICA, NA,

  Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-2708-TWT

## ORDER

This is an action seeking to set aside a foreclosure sale. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 3]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 3] is GRANTED.

SO ORDERED, this 23 day of July, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Arnold\r&r.wpd